UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIS MILLER,
    Plaintiff,

vs.                                    Case No.: 3:20cv5793/LAC/EMT

MARK INCH, et al.,
    Defendants.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on December 4, 2020 (ECF No. 9). Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 9) is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to

comply with court orders.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 8th day of January, 2021.

                      s/*L.A. Collier*
                 **LACEY A. COLLIER**
                 **SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:20cv5793/LAC/EMT